IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JENNIFER HOPELAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02288-TC-KGG |
| | ) | |
| SIEMENS CORPORATION AND | ) | |
| SIEMENS INDUSTRY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Hopelain and Defendants Siemens Corporation and Siemens Industry, Inc. stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Raymond A. Dake
_____

| | |
|---|---|
| Rik N. Siro | KS FED #77812 |
| Eric W. Smith | KS #16539 |
| Athena M. Dickson | KS #21533 |
| Raymond A. Dake | KS FED #78448 |
| Ryan P. McEnaney | KS FED #78827 |

1621 Baltimore Avenue
Kansas City, Missouri  64108
816.471.4881 (Tel)
816.471.4883 (Fax)
rsiro@sirosmithdickson.com (email)
esmith@sirosmithdickson.com (email)
adickson@sirosmithdickson.com (email)
rdake@sirosmithdickson.com (email)
rmcenaney@sirosmithdickson.com (email)
**ATTORNEYS FOR PLAINTIFF**

**MAUER LAW FIRM PC**

By /s/ Steven E. Mauer
  Steven E. Mauer, KS# 22369
  Christine T. Roto, KS# 28100
  1100 Main Street, Suite 2100
  Kansas City, MO 64105
  816-759-3300 (Telephone)
  816-759-3399 (Facsimile)
  semauer@mauerlawfirm.com (email)
  croto@mauerlawfirm.com (email)


**BAKER & HOSTETLER LLP**

  Joyce Ackerbaum Cox, Pro Hac Vice
  Meagan L. Martin (Pro Hac Vice)
  200 South Orange Avenue, Suite 2300
  Post Office Box 112
  Orlando, FL 32802-0112
  407.649.4000 (Telephone)
  407.841.0168 (Facsimile)
  jacox@bakerlaw.com (email)
  mmartin@bakerlaw.com (email)

**ATTORNEY FOR DEFENDANTS**

2